In the Matter of MERIDALE DAIRIES, INC., Respondent, against GEORGE M. BRAGALINI et al., Constituting the State Tax Commission, Appellants.— This is an appeal from an order of Special Term in an article 78

proceeding to compel the State Tax Commission to grant a hearing where the petitioner failed to file the statutory applications for the revision of franchise taxes, as prescribed by the State Tax Commission office, within the prescribed time. We adopt the opinion of SCHIRICK, J., at Special Term (17 Misc 2d 925) in affirming the order here appealed from. Order unanimously affirmed, with $10 costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.